IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDDIE DEWAYNE LEE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-20-950-SLP |
| ) | |
| SCOTT CROW, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered September 23, 2020 [Doc. No. 5]. Judge Mitchell recommended that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* be denied and that this action be dismissed without prejudice unless Petitioner pays the filing fee in the amount of $5.00. The Court Docket reflects that Petitioner paid the filing fee on October 16, 2020. Therefore, the Report and Recommendation is adopted in its entirety. The Motion for Leave to Proceed *In Forma Pauperis* is denied and this matter is re-referred to United States Magistrate Judge Suzanne Mitchell in accordance with the original referral entered on September 21, 2020.

IT IS SO ORDERED this 16th day of October, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE